**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

KTMT NEWBURY, L.P.,      :   No. 537 MAL 2017
                                :
         Respondent      :
                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court
         v.                      :
                                :
                                :
TODD M. KRAUTHEIM,       :
                                :
         Petitioner        :

## ORDER

**PER CURIAM**

      **AND NOW**, this 6th day of February, 2018, the Petition for Allowance of Appeal and Application for Leave to File Responses Nunc Pro Tunc are **DENIED**.